UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WALTER E. JOHNSON, JR. (#104558)

CIVIL ACTION

VERSUS

NUMBER 08-246-FJP-DLD

N. BURL CAIN, ET AL.

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the plaintiff's complaint shall be dismissed for lack of subject matter jurisdiction.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, August 6, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45321